# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RICHARD SMITH and SHAE LOFTICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN PAIN AND WELLNESS, PLLC,<br><br>Defendant. | Case No. 4:23-cv-00295-ALM<br><br>Judge Amos L. Mazzant, III |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Richard Smith and Shae Loftice hereby give notice that their claims in this action against Defendant American Pain and Wellness, are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 21, 2024	By:	/s/ Raina C. Borrelli
		Raina C. Borrelli (*pro hac vice*)
		raina@straussborrelli.com
		STRAUSS BORRELLI PLLC
		One Magnificent Mile
		980 N Michigan Avenue, Suite 1610
		Chicago IL, 60611
		Telephone: (872) 263-1100
		Facsimile: (872) 263-1109

		Joe Kendall
		KENDALL LAW GROUP, PLLC
		TX State Bar No. 11260700
		3811 Turtle Creek Blvd., Suite 1450
		Dallas, TX 75219

Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiffs and Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 21st day of October, 2024.

                                        STRAUSS BORRELLI PLLC

                                      By:  */s/ Raina C. Borrelli*
                                                Raina C. Borrelli
                                                raina@straussborrelli.com
                                                STRAUSS BORRELLI PLLC
                                                One Magnificent Mile
                                                980 N Michigan Avenue, Suite 1610
                                                Chicago IL, 60611
                                                Telephone: (872) 263-1100
                                                Facsimile: (872) 263-1109